UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JESSE MONROE MOREHEAD,

    Plaintiff,

vs.

SOLEDAD PRISON, et. al.,

    Defendants.

No. C 15-1884 NJV (PR)

**ORDER OF DISMISSAL**

    Plaintiff filed a pro se civil rights complaint under 42 U.S.C. § 1983, however he did not pay the filing fee or submit an application to proceed in forma pauperis ("IFP"). The court sent Plaintiff a notice that he had not paid the filing fee or applied for leave to proceed IFP and allowed Plaintiff twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    The twenty-eight days have passed and no response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: July 2, 2015.

NANDOR J. VADAS
United States Magistrate Judge